ERRATA

*Habaş Sinai ve Tibbi Gazlar Istihsal Endüstrisi A.Ş., et al. v. United States, et al.*, Consol. Court No. 17-cv-00204, Confidential Slip Op. 19-10, dated January 23, 2019

Page 32: On line 2 of footnote 24, replace "[[most]]" with "most"

January 30, 2019